### 27725. COOPER v. THE STATE.

BROYLES, C. J. The defendant was convicted of the offense of stabbing. He was tried by the judge without the intervention of a jury. The evidence, while conflicting, amply authorized the finding of the judge; and the overruling of the motion for new trial, containing the general grounds only, was not error. It follows that the overruling of the defendant's certiorari in the superior court was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED SEPTEMBER 7, 1939.

*Frank A. Bowers,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.